**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-10-0000209**
**03-APR-2012**
**08:32 AM**

NO. CAAP-10-0000209

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HAIKU MARKETPLACE, LLC, a Hawai'i limited liability company,
Plaintiff-Appellee

v.

ROBERT BENEDETTI, individually, jointly and severally,
Defendant-Appellant,

and

SPA LUNA SCHOOL FOR ESTHETICIANS, INC., a Hawai'i corporation,
SAMANA BENEDETTI, individually, jointly, and severally,
Defendants-Appellees

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC CIVIL NO. 09-1-2462)

ORDER GRANTING DEFENDANT-APPELLANT'S MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant Robert
Benedetti's Motion to Dismiss Appeal, the papers in support, and
the records and files herein,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, April 3, 2012.


Presiding Judge


Associate Judge


Associate Judge